# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**NANCY LOWERY**                                                     **PLAINTIFF**

**V.**                           **NO. 4:05CV01751 GTE**

**TERESA ATKINSON**                                             **DEFENDANT**

## JUDGMENT

This action came on for trial on November 14, 2006, before a Jury with the Honorable Garnett Thomas Eisele, United States District Judge, presiding.

The issues having been duly tried and the Jury having returned a Verdict in favor of Defendant on November 15, 2006.

IT IS ORDERED AND ADJUDGED that the Plaintiff, Nancy Lowery, have and recover nothing from the Defendant, Teresa Atkinson, and that the Complaint be, and it is hereby dismissed with prejudice. All pending motions are dismissed as moot.

SO ORDERED this 17th day of November, 2006.

                                                               _/s/ Garnett Thomas Eisele_____
                                                               UNITED STATES DISTRICT JUDGE

This action came on for trial October 6, 2003, before the Court and a jury, the Honorable Garnett Thomas Eisele, United States District Judge, presiding.

The issues having been duly tried and the jury having rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff, Tina Geraci, have and recover nothing from the defendants, Captain Loren LaJoy and City of Albany, and that the complaint be, and it is hereby dismissed with prejudice. Costs are awarded in favor of defendants and all pending motions are overruled as moot.

SO ORDERED this ____ day of October 2003.

                                                                                             _____
                                                                                             UNITED STATES DISTRICT JUDGE